UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| vs. | : Case No.: 21-cr-00503 (RCL) |
| GLENN ALLEN BROOKS, | : |
| Defendant. | : |

## NOTICE OF APPEAL

**Name and address of appellant:**   Glenn Allen Brooks

**Name and address of appellant's attorney:**   Diane Shrewsbury
Alexis Gardner
Assistant Federal Public Defender
Office of the Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, DC 20004

**Offense:** 18:1752(a)(1); Temporary Residence Of The President; Entering and Remaining in a Restricted Building or Grounds 18:1752(a)(2); Temporary Residence Of The President; Disorderly and Disruptive Conduct in a Restricted Building or Grounds(1) (2) 40:5104(e)(2)(D); Violent Entry And Disorderly Conduct On Capitol Grounds; Disorderly and Disruptive Conduct in a Capitol Building or Grounds(3) 40:5104(e)(2)(G); Violent Entry And Disorderly Conduct On Capitol Grounds; Parading, Demonstrating, or Picketing in a Capitol Building (4)

**Concise statement of judgment or order, giving date, and any sentence:** Defendant is hereby committed to the Custody of the Bureau of Prisons for a term of Six (6) months as to Counts 1, 2, 3 and 4, with all terms to run concurrently. The Defendant is further sentenced to serve a Twelve (12) month term of supervised release as to each of Counts 1 and 2, with all terms to run concurrently. In addition, the Defendant is ordered to pay restitution in the amount of $500, a fine in the amount of $2,000 and a special assessment in the amount of $50 for each of Counts 1 and 2 and $25 for each of Counts 3 and 4, for a total of $150. Bond Status of Defendant: Remanded/Commitment Issued

**Name of institution where now confined, if not on bail:**  US Federal Bureau of Prison

I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia from the above-stated judgment.

September 25, 2024                                                           Glenn Allen Brooks
DATE                                                                                      APPELLANT

CJA, NO FEE _____FPD_____          <u>Diane Shrewsbury</u>
PAID USDC FEE __NO_____          ATTORNEY FOR APPELLANT
PAID USCA FEE __NO_____

Does counsel wish to appear on appeal? Yes

Has counsel ordered transcripts? No

Is this appeal pursuant to the 1984 Sentencing Reform Act? Yes